# Kasell Law Firm

November 28, 2018

Clerk of the Court
U.S. District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007-1312

To the Clerk of the Court:

    I hereby consent to joint this lawsuit as a party plaintiff.

Name:　　　　　　　　　Allison Ullo

Legal Representative:　　Kasell Law Firm / David Kasell

Signature: _____

Date:　　　　　　　　　November 28, 2018