UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLISON ULLO, *individually and on behalf of those similarly situated*,

        Plaintiffs,

v.

ABY ROSEN, GREGG POPKIN, PATRICK HALL, DANE ASERMELY, SEBASTIEN LEFAVRE, RFR HOLDING LLC, GPH PARTNERS LLC, GPH MANAGEMENT LLC, AND GP SERVICES LLC,

        Defendants.

NOTICE OF APPEARANCE

No. 18 Civ. 11281 (PAE)

**PLEASE TAKE NOTICE** that Matthew L. Schwartz of Boies Schiller Flexner LLP hereby enters his appearance as counsel on behalf of Defendants Aby Rosen, Gregg Popkin, Patrick Hall, Dane Asermely, Sebastien Lefavre, RFR Holding LLC, GPH Partners LLC, GPH Management LLC, And GP Services LLC in the above-captioned matter.

Dated: New York, New York
       February 23, 2019

        Respectfully submitted,

        BOIES SCHILLER FLEXNER LLP

        By:   /s/
             Matthew L. Schwartz

        55 Hudson Yards
        New York, New York 10001
        T: (212) 446-2300
        F: (212) 446-2350
        mlschwartz@bsfllp.com

        *COUNSEL FOR DEFENDANTS*