

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

February 23, 2019

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Ullo v. RFR Holding L.L.C. et al.*, No. 18 Civ. 11281 (PAE) (HPB)

Dear Judge Engelmayer:

      This firm represents all of the defendants in the above-referenced matter. I write to respectfully request that the Court set a date for the defendants to answer or otherwise respond to the plaintiff's complaint.

      All but one of the defendants were provided copies of the complaint over several days earlier this month, albeit service was not perfected under Rule 4. Nonetheless, defendants have no desire to litigate service issues. Assuming that the defendants had been properly served, their answers would start to be due this Monday, with other defendants' answers due later in the week. One defendant, Sebastian Lefavre, was never "served" at all.

      In order to avoid any confusion about the date on which the defendants must answer and to obviate any service issues, the defendants respectfully request that the Court set April 5, 2019 as the date for *all* defendants to answer or otherwise respond to the Complaint. This is the date on which the defendants' answers would have been due had plaintiff requested a waiver of service pursuant to Rule 4(d), counting from the first date on which defendants were "served."

      To the extent that this might be considered an extension request, this is the defendants' first such request. Yesterday morning, I contacted plaintiff's lead counsel to request her consent, but have not yet received any response.

      Thank you for your consideration of this request.

                                            Respectfully,

                                            /s/ Matthew L. Schwartz
                                            Matthew L. Schwartz