IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLISON ULLO, *individually and on behalf of others similarly situated*,<br><br>                        Plaintiff,<br><br>vs.<br><br>ABY ROSEN, GREGG POPKIN, PATRICK HALL, DANE ASERMELY, SEBASTIAN LEFAVRE, RFR HOLDING LLC, GPH PARTNERS LLC, GPH MANAGEMENT LLC, and GP SERVICES LLC,<br><br>                        Defendants. | No. 18 Civ. 11281 (PAE) |

### DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT OR STRIKE CERTAIN CLASS ALLEGATIONS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law; the Complaint; and all other pleadings and proceedings in this action, Defendants Aby Rosen, Gregg Popkin, Patrick Hall, Dane Asermely, Sebastian Lefavre, RFR Holding LLC, GPH Partners LLC, GPH Management LLC, and GP Services LLC ("Defendants"), by and through their undersigned counsel, will move this Court, before the Honorable Paul A. Engelmayer, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a time and date to be determined by the Court, for an Order dismissing the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), or striking certain class allegations pursuant to Federal Rule of Civil Procedure 12(f), as set forth in the accompanying Memorandum of Law, and any other and further relief as the Court deems just and proper.

Dated this 5th day of April, 2019.

                            Respectfully submitted,

                            By:  /s/ Matthew L. Schwartz
                                Matthew L. Schwartz
                                Byron Pacheco
                                Kate A. Ferguson
                                BOIES SCHILLER FLEXNER LLP
                                55 Hudson Yards
                                New York, New York 10001
                                Telephone: (212) 446-2300
                                Email: mschwartz@bsfllp.com
                                            bpacheco@bsfllp.com
                                            kferguson@bsfllp.com

                            ***Counsel for All Defendants***