UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Plaintiff,   Allison Ullo

-v-

Defendant.   RFR Holding L.L.C., et al.

· X

-----------------------------------------------------------------

AMENDED

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

18-cv-11281   (PAE ) (     )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

_____

_____

_____

If referral is for discovery disputes  when the District Judge is unavailable, the time period of the referral:_____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____

All such motions: _____

Plaintiff's counsel is to contact the Magistrate Judge's Chambers to schedule a settlement conference when both parties are ready.

Do not check if already referred for general pretrial.

Dated   April 19, 2019
_____

SO ORDERED:

*Paul A. Engelmayer*

United States District Judge