UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLISON ULLO,

                                Plaintiff,

-v-

RFR HOLDING L.L.C, et al.,

                                Defendants.

18 Civ. 11281 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 5, 2019, defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Dkt 21. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. On April 24, 2019, plaintiff so filed an amended complaint. Dkt. 34. No further opportunities to amend will ordinarily be granted.

Accordingly, it is hereby ORDERED that by May 15, 2019, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 26, 2019
       New York, New York

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants reply, if any, will be due seven days after that.