USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/22/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALLISON ULLO, *individually and
on behalf of others similarly situated*,

                                             Plaintiff,

                   -against-

ABY ROSEN, GREGG POPKIN, PATRICK
HALL, DANE ASERMELY, SEBASTIAN
LEFAVRE, RFR HOLDING LLC, GPH
PARTNERS LLC, GPH MANAGEMENT
LLC, and GP SERVICES LLC,

                                             Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

1:18-CV-11281 (PAE)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Tuesday, August 6, 2019 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **July 30, 2019 by 5:00 p.m.**

      SO ORDERED.

Dated: May 22, 2019
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge