IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2019

ALLISON ULLO, *individually and on behalf of others similarly situated*,

        Plaintiff,

vs.

RFR HOLDING LLC, *et al.*,

        Defendants.

Civil Action No. 18 Civ. 11281 (PAE)

**ORDER OF DISMISSAL**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Following a review of the agreement provided by the parties and for the reasons stated on the record on October 17, 2019, it is hereby ORDERED that:

1. The Court finds finds that the terms of the proposed settlement agreement are fair, reasonable, and adequate, and it is therefore approved.

2. In accordance with the parties' request, this Court will retain jurisdiction over this matter for the purpose of enforcing the settlement agreement, if necessary.

3. This action is hereby discontinued with prejudice and without costs.

4. The Clerk of Court is respectfully directed to close this case on the Docket of the Court.

Dated: October 28, 2019
       New York, New York

SO ORDERED:

*Katharine H Parker*

Hon. Katharine H. Parker
United States Magistrate Judge